# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON RUTH SPENCER, | NO. CV 13-9409-SJO (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 27, 2014.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE